# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gilbert Ondee Binda, | No. CV-26-01038-PHX-DJH (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

The Court granted Petitioner's Petition for Writ of Habeas Corpus under § 2241 on February 24, 2026 and ordered Petitioner's "immediate[] release [] from custody under the same conditions that existed before his detention." (Doc. 7.)  Respondents filed a Notice of Compliance on March 1, 2026.  (Doc. 9.)  Petitioner filed an Emergency Motion to Enforce on March 9, 2026 indicating that while he was released from custody, he was released on an Order of Supervision that imposed conditions not present before his immigration detention, including "enroll in a substance abuse treatment program within fourteen days and provide proof to ICE within thirty days; enroll in a sexual deviancy counseling program within fourteen days and provide proof to ICE within thirty days; and comply with additional supervision requirements under ICE monitoring programs." (Doc. 10.)

Respondent did not respond to the Motion.  Under Local Rule of Civil Procedure 7.2(i), a party's failure to respond to a motion may be deemed a consent to the granting of the motion and the Court may dispose of the motion summarily.  Moreover, as Petitioner

points out, he does not have a final order of removal and there is no basis to impose an Order of Supervision under 8 U.S.C. § 1231(a)(3), nor is there any evidence these conditions were present prior to Petitioner's immigration detention.  The Court will therefore grant the motion to enforce and vacate imposition of the Order of Supervision.

**IT IS THEREFORE ORDERED** Petitioner's Motion to Enforce (Doc. 10) is granted.

**IT IS FURTHER ORDERED** the Order of Supervision imposed on Petitioner must be **rescinded** immediately as contrary to the Court's February 24, 2026 Order and Judgment.

**IT IS FURTHER ORDERED** Respondents must file a Notice of Compliance with this Order no later than April 7, 2026.

Dated this 6th day of April, 2026.

Honorable Diane J. Humetewa
United States District Judge

- 2 -